Alan Stuart Graf, P.C.
ALAN GRAF, ATTORNEY AT LAW
alangraf@aracnet.com
OSB #92317
208 Pine St.
Floyd, VA 24091
Telephone: (540) 745-2519
Fax: (931) 964-3127

Robert Baron
OSB # 89020
Harder Wells Baron & Manning
474 Williamette St., #200
Eugene, Oregon 97401
(541) 686-1969
email: rbaron@hwbm.net
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CARLA RICHARDSON**
**O.B.O.**
**DAVID RICHARDSON**

6: 13-CV-00880-HZ

Plaintiff,

ORDER TO REOPEN CASE and JUDGMENT

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security**

Defendant.

IT IS HEREBY ORDERED AND ADJUDGED that based on the stipulation of the parties, the above-captioned case is reopened and Judgment is entered pursuant to sentence four of 42 U.S.C. § 405(g), affirming the Administrative Law Judge's decision of April 11, 2016 (on file herein as redacted attachment to Defendant's Stipulated Motion to Reopen Case and for

Order and Judgment-1

Case 6:13-cv-00880-HZ   Document 35   Filed 06/29/16   Page 2 of 2

Entry of Judgment). Judgment shall be entered for Plaintiff pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that, upon proper presentation, the Court will consider awarding reasonable attorney fees.

DATED this 29, of June, 2016

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Court Judge

Submitted as to form:

/s/ Alan Graf
Alan Graf, attorney for Plaintiff
OSB #923171

/s/ Robert Baron
Robert Baron, attorney for Plaintiff
OSB # 89020

Order and Judgment-2