Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

Robert Baron
OSB # 89020
Harder Wells Baron & Manning
474 Williamette St., #200
Eugene, Oregon 97401
(541) 686-1969
email: rbaron@hwbm.net
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CARLA RICHARDSON O.B.O. DAVID RICHARDSON** | 6:13-CV-00880-HZ |
| Plaintiff, | ORDER FOR EAJA ATTORNEY FEES |
| v. | |
| **Commissioner of Social Security**, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $10,399.96. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney: Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

It is so ORDERED this **25** day of July, 2016.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES